# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. PREZIOSI, | ) |
| Plaintiff, | ) Case No. 2:20-cv-001163 |
| vs. | ) |
| ALAN MORRIS, BRIAN MANSBERRY, KELLEY FALCIONE, CHARLES FOWLER, CO JOHNSON, MICHAEL ZAKEN, JOHN E. WETZEL, and TREVOR A. WINGARD, | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 22nd day of August, 2022, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 40) is **GRANTED** in part and **DENIED** in part as follows:

- The Motion for Summary Judgment is GRANTED as to all claims against Defendants Alan Morris, Michael Zaken, John E. Wetzel and Trevor A. Wingard. The Clerk of Court is directed to terminate them as defendants in this case; and,

- The Motion for Summary Judgment is DENIED as to the claims of Eighth Amendment Failure to protect against defendants Mansberry, Falcione, Fowler and Johnson.

BY THE COURT:

/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge