JURY
Question #1

**DO NOT DESTROY**

DATE: 1-25-23

TIME: 3:00 PM

**NOTE FROM JURY**

Who is liable for Q #2 - defendants? or state?

*Juror*

**ANSWER FROM JUDGE**

This is not an issue in this case that you are to consider. If you answer "yes" to either portion of Question #1, please respond to Question #2 by stating the amount.

*Judge*