IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. PREZIOSI,<br><br>                Plaintiff,<br><br>vs.<br><br>BRIAN MANSBERRY, SCI-Greene Corrections Counselor and KELLEY FALCIONE, SCI-Greene Psychological Services Associate,<br><br>                Defendants. | No. 2:20-cv-01163-PLD<br><br>Magistrate Judge Dodge |

## VERDICT FORM

**PLEASE FOLLOW ALL DIRECTIONS ON THIS FORM:**

*Begin with Question # 1:*

    1a. Do you find by a preponderance of evidence that Defendant Mansberry was deliberately indifferent to a substantial risk of serious harm to Plaintiff in violation of Plaintiff's constitutional rights as provided by the Eighth Amendment?

(Check the appropriate box)

    __X__ Yes          _____ No

    1b. Do you find by a preponderance of evidence that Defendant Falcione was deliberately indifferent to a substantial risk of serious harm to Plaintiff in violation of Plaintiff's constitutional rights as provided by the Eighth Amendment?

(Check the appropriate box)

    __X__ Yes          _____ No

*If you answered "Yes" to any part of Question #1, proceed to Questions #2 and #3.*

*If you answered "No" to all of Question #1, your deliberations are complete. Do not answer Questions #2, #3 or #4. Please sign this verdict form and notify the clerk that your deliberations are complete.*

Question #2:

2. Please state the amount that will fairly compensate Mr. Preziosi for any physical injury or emotional pain and mental anguish that he sustained as a result of the Defendants' conduct:

$ 50,000

*After answering Question 2, proceed to Question 3.*

3. Do you find by a preponderance of evidence that any Defendant acted maliciously or wantonly in violating Plaintiff's constitutional rights as provided by the Eighth Amendment?

(Check the appropriate box)

3a. Defendant Brian Mansberry ____✓____ Yes _____No

3b. Defendant Kelley Falcione ____✓____ Yes _____No

*If you answered "Yes" to any part of Question 3, proceed to Question 4 and answer the corresponding parts of Question 4.*

*If you answered "No" to all of Question 3, your deliberations are complete. Please sign this verdict form and notify the clerk that your deliberations are complete.*

4. What amount of punitive damages do you award to Plaintiff as a result of any Defendant's conduct?

4a. Defendant Brian Mansberry          $ 6250.

4b. Defendant Kelley Falcione          $ 6250.

*Your deliberations are now complete. Sign this verdict form and notify the clerk that your deliberations are complete.*

Dated: __1-25-23__

_____
Foreperson

_____
Kelly Doyle

_____

_____

_____

_____

_____

_____