# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

DANIEL J. PREZIOSI

V.

BRIAN MANSBERRY and KELLEY FALCIONE

**JUDGMENT IN A CIVIL CASE**

Case Number:  20-CV-1163

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff awarded $50,000 for any physical injury or emotional pain; $6,250 in punitive damages from defendant Brian Mansberry and $6,250 in punitive damages from defendant Kelley Falcione.

Date January 25, 2023

s/ Brandy S. Lonchena
Clerk

s/ Keirstin L. Yost
(By) Deputy Clerk